# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NEIL A. SCOTTI d/b/a LAW OFFICES OF NEIL A. SCOTTI,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN SHAPIRO; YVONNE SHAPIRO; WAYNE SHAPIRO; and DISCOUNT GAS CLUB, INC., a Nevada Corporation,<br><br>Defendants. | Case No.:  2:14-cv-09388-BRO-VBK<br>*Hon. Beverly Reid O'Connell*<br><br>**ORDER OF DISMISSAL**<br><br>[FRCP Rule 41] |

1   **IT IS ORDERED** that

2   Pursuant to the parties' stipulation, and Federal Rule of Civil Procedure 41(a)(1), the above-captioned action is hereby dismissed with prejudice. Each party shall bear its own costs.

**IT IS HEREBY ORDERED**

Dated: May 18, 2016

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE